JOSEPH J. YBARRA (SBN 218130)
Joseph.Ybarra@hysmlaw.com
HUANG YBARRA SINGER & MAY LLP
550 South Hope Street, Suite 1850
Los Angeles, California 90071
Tel.: (213) 884-4902
Fac.: (213) 884-4910

GREGORY R. OXFORD (SBN 62333)
goxford@icclawfirm.com
ISAACS CLOUSE CROSE & OXFORD LLP
21515 Hawthorne Boulevard, Suite 950
Torrance, California 90503
Tel.: (310) 316-1990
Fac.: (310) 316-1330

Attorneys for Defendant General Motors LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MONTEVILLE SLOAN, JR., RAUL SIQUEIROS, TODD AND JILL CRAWLEY; JOSEPH BRANNAN, LARRY GOODWIN, MARC PERKINS, DONALD LUDINGTON, THOMAS SHORTER, DERICK BRADFORD, GABRIEL DEL VALLE, KEVIN HANNEKEN, EDWIN AND KATELYN DOEPEL, DAN MADSON, JAMES FAULKNER, JOSEPH OLIVIER, SCOTT SMITH, ROSS DAHL, DREW PETERSON, MICHAEL WARE, STEVE KITCHEN, BARBARA MOLINA, DENNIS VITA, STEVEN EHRKE, THOMAS GULLING, RONALD JONES, MIKE WARPINSKI, WILLIAM MARTELL, JOHN GRAZIANO, JOSHUA BYRGE, RUDY SANCHEZ, CHRISTOPHER THACKER, RANDY CLAUSEN, KELLY HARRIS, JAMES ROBERTSON, and JONAS BEDNAREK, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>GENERAL MOTORS LLC,<br><br>                Defendant. | Case No. 3:16-cv-07244-EMC<br><br>**STIPULATION AND ORDER RE BRIEFING OF MOTION TO DISMISS SECOND AMENDED COMPLAINT AND CASE MANAGEMENT CONFERENCE** |

**WHEREAS**, the Court, on August 1, 2017, issued an Order granting the motion of defendant General Motors, LLC ("GM") to dismiss plaintiffs' First Amended Class Action Complaint, with leave to amend (Dkt. No. 62);

**WHEREAS**, plaintiffs, on August 31, 2017, filed their Second Amended Class Action Complaint (Dkt. No. 67);

**WHEREAS**, GM's response to the Second Amended Complaint presently is due on September 14, 2017 pursuant to Rule 15(a)(3);

**WHEREAS**, the 231-page, 1,753-paragraph Second Amended Complaint includes seven new plaintiffs, two new states, and 113 separate causes of action (not including claims for breach of express warranty that plaintiffs have included "strictly to preserve them for purposes of appeal," *see* SAC p. 59 n. 40);

**WHEREAS**, GM intends to move under Rule 12 to dismiss the Second Amended Complaint and has requested additional time to prepare the Motion;

**WHEREAS**, plaintiffs anticipate the need for additional time to prepare an Opposition to the motion;

**WHEREAS**, the parties have agreed, subject to the Court's approval, upon the following:

1. GM shall have until October 10, 2017 to file its Motion to dismiss the Second Amended Complaint;

2. Plaintiffs shall have until November 15, 2017 to file their response in Opposition to GM's Motion;

3. GM shall have until ~~December 1, 2~~017 [November 30, 2017] to file any Reply in further support of its Motion;

4. The hearing on GM's Motion shall be set on any later date that is convenient for the Court; [December 14, 2017 at 1:30 p.m.]

5. The following page limits shall apply to the briefing of GM's Motion:

Motion: thirty-five (35) pages [GM intends to try to limit its Motion to 25 pages]

Opposition: thirty-five (35) pages

Reply: twenty (20) pages if plaintiffs' Opposition exceeds 25 pages, and

fifteen (15) pages if plaintiffs' Opposition does not exceed 25 pages

**WHEREAS**, the Court has set a Case Management Conference for September 21, 2017;

**WHEREAS**, the parties believe that it would serve both judicial economy and the parties' interest in conserving their legal resources to continue the Case Management Conference until after the Court's ruling on GM's Motion,

**IT IS HEREBY STIPULATED**, by and between plaintiffs and GM, by and through their undersigned counsel, that the Court may enter its order as follows:

1. The parties' agreements on briefing schedule and page limits set forth above are approved.

2. The Case Management Conference set for September 21, 2017 is vacated. The parties will submit Case Management Statements within thirty days after the Court issues its ruling on GM's motion, with the Case Management Conference to be set thereafter at a date and time convenient for the Court. *[handwritten: CMC reset for 12/14/17 at 1:30 p.m. A joint CMC statement shall be filed by 12/7/17.]*

**DATED:** September 11, 2017

| /s/ Adam J. Levitt | /s/ Gregory R. Oxford |
|---|---|
| Adam J. Levitt | Gregory R. Oxford |
| **DICELLO LEVITT & CASEY LLC** | **ISAACS CLOUSE CROSE & OXFORD LLP** |
| Ten North Dearborn Street, Eleventh Floor | 21515 Hawthorne Boulevard, Suite 950 |
| Chicago, Illinois 60602 | Torrance, California 90503 |
| Telephone: 312-214-7900 | Telephone: 310-316-1990 |
| alevitt@dlcfirm.com | goxford@icclawfirm.com |
| *Counsel for Plaintiffs and the Proposed Classes* | **HUANG YBARRA SINGER & MAY LLP** |
| | 550 South Hope Street, Suite 1850 |
| | Los Angeles, California 90071 |
| | Telephone: (213) 884-4902 |
| | Joseph.Ybarra@hysmlaw.com |
| | *Counsel for General Motors LLC* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED,** (as revised above and on p. 2)

Dated: September 14, 2017

_____
District Judge

*[Seal: United States District Court, Northern District of California — IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]*