Jennie Lee Anderson (SBN 203586)
Lori E. Andrus (SBN 205816)
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, California 94104
Telephone: 415-986-1400
jennie@andrusanderson.com
lori@andrusanderson.com

Adam J. Levitt (*pro hac vice*)
**DICELLO LEVITT & CASEY LLC**
Ten North Dearborn Street, Eleventh Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
alevitt@dlcfirm.com

W. Daniel "Dee" Miles, III (*pro hac vice*)
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
272 Commerce Street
Montgomery, Alabama 36104
Telephone: 334-269-2343
Dee.Miles@beasleyallen.com

Attorneys for Plaintiffs (*additional counsel appear on signature page*)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MONTEVILLE SLOAN, JR., RAUL SIQUEIROS, TODD AND JILL CRALLEY, JOSEPH BRANNAN, LARRY GOODWIN, MARC PERKINS, DONALD LUDINGTON, THOMAS SHORTER, DERICK BRADFORD, GABRIEL DEL VALLE, KEVIN HANNEKEN, EDWIN AND KATELYN DOEPEL, DAN MADSON, JAMES FAULKNER, JOSEPH OLIVIER, SCOTT SMITH, ROSS DAHL, DREW PETERSON, MICHAEL WARE, STEVE KITCHEN, JOHN NEUBAUER, BARBARA MOLINA, DENNIS VITA, STEVEN EHRKE, BILL MAUCH, THOMAS GULLING, RONALD JONES, MIKE WARPINSKI, JOHN GRAZIANO, JOSHUA BYRGE, RUDY SANCHEZ, CHRISTOPHER THACKER, RANDY CLAUSEN, KELLY HARRIS, JAMES ROBERTSON, and JONAS BEDNAREK, individually and on behalf of all others similarly situated, <br><br>  Plaintiffs, <br><br>  v. <br><br> GENERAL MOTORS LLC, <br><br>  Defendant. | Case No.: 16-cv-07244-EMC <br><br> **STIPULATION AND ORDER RE HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE** |

1     **WHEREAS,** Plaintiffs, on August 31, 2017, filed their Second Amended Class Action Complaint (Dkt. No. 67);

    **WHEREAS,** on September 14, 2017, the Court entered an Order setting a briefing schedule for Defendant General Motors, LLC ("GM")'s motion to dismiss Plaintiffs' Second Amended Class Action Complaint, setting the Case Management Conference and the hearing on Defendant's motion to dismiss for December 14, 2017 (Dkt. No. 69);

    **WHEREAS,** Plaintiffs' counsel at DiCello Levitt & Casey LLC, who intends to argue on behalf of Plaintiffs against Defendant's motion to dismiss, received unexpectedly voluminous *Daubert* and Summary judgment motions in another matter, which require a response by December 13, 2017;

    **WHEREAS,** Plaintiffs conferred with GM regarding Plaintiffs' request for a brief continuance of the December 14 hearing date;

    **WHEREAS**, the Court has indicated that it is available at 9:30 am on January 10, 2018 to hear GM's motion to dismiss and hold the Case Management Conference;

    **IT IS HEREBY STIPULATED**, by and between Plaintiffs and GM, by their undersigned counsel, that the Court may enter its order as follows:

1. The hearing on GM's motion to dismiss shall be set for 9:30 am on January 10, 2018;
2. The Case Management Conference is set for 9:30 am on January 10, 2018; and
3. A joint CMC statement shall be filed by January 3, 2018.

**STIPULATION AND ORDER RE HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE**      1      Case No. 16-cv-07244-EMC

Dated: December 5, 2017

| | |
|---|---|
| /s/ Adam J. Levitt | s/Gregory R. Oxford |
| Adam J. Levitt (*pro hac vice*) | Gregory R. Oxford |

| | |
|---|---|
| **DICELLO LEVITT & CASEY LLC** | **ISSACS CLOUSE CROSE & OXFORD LLP** |
| Ten North Dearborn Street, Eleventh Floor | 21515 Hawthorne Boulevard, Suite 950 |
| Chicago, Illinois 60602 | Torrance, California 90503 |
| Telephone: 312-214-7900 | Telephone: 310-316-1990 |
| alevitt@dlcfirm.com | goxford@icclawfirm.com |
| *Counsel for Plaintiffs and the Proposed Classes* | **HUANG YABARRA SINGER & MAY LLP** |
| | 550 South Hope Street, Suite 1850 |
| | Los Angeles, California 90071 |
| | Telephone: (213) 884-4902 |
| | Joseph.Ybarra@hysmlaw.com |
| | *Counsel for General Motors LLC* |

**PURSUANT TO STIPULATION IT IS SO ORDERED,**

**Dated: December 5, 2017**

IT IS SO ORDERED

Judge Edward M. Chen

United States District Court, Northern District of California

---

**STIPULATION AND ORDER RE HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE**

2

Case No. 16-cv-07244-EMC

## ECF CERTIFICATION

Pursuant to Civil L.R. 5-1(i)(3), the filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to the document.

Date: December 5, 2017

By: _____*/s/ Adam J. Levitt*_____
　　　　Adam J. Levitt

Adam J. Levitt
DiCello Levitt & Casey LLC
Ten North Dearborn Street
Eleventh Floor
Chicago, Illinois 60602
Tel: 312-214-7900
Email: alevitt@dlcfirm.com