UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTEVILLE SLOAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC,<br><br>    Defendant. | Case No. 16-cv-07244-EMC<br><br>**AMENDED ORDER RE: SUPPLEMENTAL BRIEFING**<br><br>Docket No. 70 |

The parties shall simultaneously file supplemental briefs no later than Thursday, December 28, 2017, not exceeding 10 pages, addressing the following question: assuming the Court were to find that Defendant has not waived its challenge to personal jurisdiction, how should personal jurisdiction over the non-California plaintiffs' claims be analyzed in light of *Bristol-Myers Squibb Co. v. Sup. Ct. of Cal.*, 137 S.Ct. 1773 (2017) and any other relevant authorities?

**IT IS SO ORDERED**.

Dated: December 20, 2017

_____
EDWARD M. CHEN
United States District Judge