UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTEVILLE SLOAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GENERAL MOTORS LLC, <br><br> Defendant. | Case No. 16-cv-07244-EMC <br><br> **ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE MOTION FOR PARTIAL RECONSIDERATION** <br><br> Docket No. 101 |

Plaintiffs request leave to file a motion for reconsideration because of an apparent scrivener's error in the Court's order regarding Defendant General Motors' motion to dismiss. *See* Docket No. 99. In particular, the Court's order stated that it had dismissed Count 92, Ohio Plaintiffs Gulling and Jones' claim for "implied warranty in tort" under Ohio law. *Id.* at 45. In fact, the Court intended to dismiss Plaintiffs Gulling and Jones' claims under the Magnuson-Moss Warranty Act, Count 1, to the extent they were premised on a claim for "implied warranty in tort," raised separately as Count 92. For that reason, Count 92 remains in the case. Plaintiffs' request for clarification, unopposed by GM, is **GRANTED**; Plaintiffs need not file a motion for reconsideration.

This order disposes of Docket No. 101.

**IT IS SO ORDERED**.

Dated: March 5, 2018

_____
EDWARD M. CHEN
United States District Judge