Jennie Lee Anderson (SBN 203586)
Lori E. Andrus (SBN 205816)
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, California 94104
Telephone: 415-986-1400
jennie@andrusanderson.com
lori@andrusanderson.com

Adam J. Levitt (*pro hac vice*)
**DICELLO LEVITT & CASEY LLC**
Ten North Dearborn Street, Eleventh Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
alevitt@dlcfirm.com

W. Daniel "Dee" Miles, III (*pro hac vice*)
**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.**
272 Commerce Street
Montgomery, Alabama 36104
Telephone: 334-269-2343
Dee.Miles@beasleyallen.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| MONTEVILLE SLOAN, JR., RAUL SIQUEIROS, TODD AND JILL CRALLEY, JOSEPH BRANNAN, LARRY GOODWIN, MARC PERKINS, DONALD LUDINGTON, THOMAS SHORTER, DERICK BRADFORD, GABRIEL DEL VALLE, KEVIN HANNEKEN, EDWIN AND KATELYN DOEPEL, DAN MADSON, JAMES FAULKNER, JOSEPH OLIVIER, SCOTT SMITH, ROSS DAHL, DREW PETERSON, MICHAEL WARE, STEVE KITCHEN, JOHN NEUBAUER, BARBARA MOLINA, DENNIS VITA, STEVEN EHRKE, BILL MAUCH, THOMAS GULLING, RONALD JONES, MIKE WARPINSKI, JOHN GRAZIANO, JOSHUA BYRGE, RUDY SANCHEZ, CHRISTOPHER THACKER, RANDY CLAUSEN, KELLY HARRIS, JAMES ROBERTSON, and JONAS BEDNAREK, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GENERAL MOTORS LLC, <br><br> Defendant. | Case No.: 16-cv-07244-EMC <br><br> **STIPULATION AND [PROPOSED] ORDER RE TIMING OF FILING THIRD AMENDED COMPLAINT** |

---

**STIPULATION AND ORDER RE TIMING OF FILING THIRD AMENDED COMPLAINT**

Case No. 16-cv-07244-EMC

1    **WHEREAS,** in its Order Granting In Part and Denying In Part Defendant's Motion to Dismiss

2    Second Amended Complaint (the "Order," Dkt. No. 99), the Court granted Plaintiffs leave to file an

3    amended complaint by March 9, 2018;

4    **WHEREAS,** Plaintiffs intend to file a Third Amended Complaint to address issues raised in the

5    Order;

6    **WHEREAS,** Plaintiffs seek leave to add a new plaintiff to the Third Amended Complaint;

7    **WHEREAS**, Plaintiffs' counsel requires additional time to confer with certain of Plaintiffs to

8    address certain issues raised in the Order;

9    **IT IS HEREBY STIPULATED**, by and between Plaintiffs and GM, by their undersigned

10   counsel, that, subject to the approval of the Court, Plaintiffs may file their Third Amended Complaint by

11   March 23, 2018, with leave to add one or more new plaintiffs.

12

13   Dated:  March 9, 2018

14   /s/ Adam J. Levitt                                      /s/ Joseph J. Ybarra
     Adam J. Levitt (*pro hac vice*)                        Joseph J. Ybarra
15

16   **DICELLO LEVITT & CASEY LLC**                         **HUANG YBARRA GELBERG & MAY**
     Ten North Dearborn Street, Eleventh Floor              550 South Hope Street, Suite 1850
17   Chicago, Illinois  60602                                Los Angeles, California 90071
     Telephone:  312-214-7900                                Telephone: 213-884-4902
18   alevitt@dlcfirm.com                                     joseph.ybarra@hygmlaw.com

19   *Counsel for Plaintiffs and the Proposed*              **ISSACS CLOUSE CROSE & OXFORD LLP**
     *Classes*                                              21515 Hawthorne Boulevard, Suite 950
20                                                           Torrance, California 90503
                                                             Telephone: (310) 316-1990
21                                                           goxford@icclawfirm.com

22                                                           *Counsel for General Motors LLC*

23

24

25

26

27

28

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

Dated: March  9 , 2018



United S

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Judge Edward M. Chen

1

**ECF CERTIFICATION**

Pursuant to Civil L.R. 5-1(i)(3), the filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to the document.

Date: March 9, 2018

By: */s/ Jennie Anderson*
Jennie Anderson
Andrus Anderson LLP
155 Montgomery Street, Suite 900
San Francisco, California 94104
Tel: 415-986-1400
Email: jennie@andrusanderson.com