# OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT

# Northern District of California

## CIVIL MINUTES

**Date:** April 24, 2018     **Time:** 10:36-10:46     **Judge:** EDWARD M. CHEN

**Case No.**: 16-cv-07244-EMC     **Case Name:** Monteville Sloan, Jr. v. General Motors LLC

**Attorney for Plaintiff:**     John Tangren and Clay Barnett

**Attorney for Defendant:**     Gregory Oxford

**Deputy Clerk:** Betty Lee     **Court Reporter:** N/A

## PROCEEDINGS

Further CMC

## SUMMARY

The Court adopts parties' class certification schedule as follows.  Parties agree to limit bell weather class certification to five states (CA, NJ, NC, OH and TX):

| Date | Event |
|---|---|
| 11/16/18 | - Last day to file a motion to amend pleadings |
| 10/5/18 | - Deadline for the Parties to substantially complete their document productions |
| 11/16/18 | - Fact Discovery Cut-Off |
| 12/20/18 | - Motion for Class Certification and Plaintiffs' Rule 26(a)(2) Class Certification Expert Disclosures/Reports due |
| 3/15/19 | - Opposition to Motion for Class Certification and GM's Rule 26(a)(2) Class Certification Expert Disclosures/Reports |
| 4/29/18 | - Reply in Support of Motion for Class Certification and Plaintiffs' Rebuttal Class Certification Expert Disclosures/Reports |
| 5/16/19 | - Hearing on Motion for Class Certification (1:30 p.m.) |

Court emphasized trial will be on a fast track after class certification motion is decided since discovery will have been completed.

This case is referred to private mediation. Mediation shall be completed by December 2018. Parties may stipulate to extend that deadline, if necessary. This case is referred to a magistrate judge for resolution of all discovery disputes. Parties shall meet and confer to work out the current discovery disputes prior to approaching the magistrate judge.

Further CMC set for 11/15/18 at 10:30 a.m. An updated joint CMC statement shall be filed by 11/8/18.


cc: Magref