Jennie Lee Anderson (SBN 203586)
Lori E. Andrus (SBN 205816)
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, California 94104
Telephone: 415-986-1400
jennie@andrusanderson.com
lori@andrusanderson.com

Adam J. Levitt (*pro hac vice*)
**DICELLO LEVITT GUTZLER LLC**
Ten North Dearborn Street, Eleventh Floor
Chicago, Illinois 60602
Telephone: 312-214-7900
alevitt@dicellolevitt.com

W. Daniel "Dee" Miles, III (*pro hac vice*)
**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street
Montgomery, Alabama 36104
Telephone: 334-269-2343
Dee.Miles@beasleyallen.com

*Counsel for Plaintiffs and the Proposed Classes* (*additional counsel appear on signature page*)

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| MONTEVILLE SLOAN, JR., RAUL SIQUEIROS, TODD AND JILL CRALLEY, JOSEPH BRANNAN, LARRY GOODWIN, MARC PERKINS, THOMAS SHORTER, DERICK BRADFORD, GABRIEL DEL VALLE, KEVIN HANNEKEN, EDWIN AND KATELYN DOEPEL, DAN MADSON, JAMES FAULKNER, JOSEPH OLIVIER, SCOTT SMITH, ROSS DAHL, DREW PETERSON, MICHAEL WARE, STEVE KITCHEN, JOHN KNOLL, BARBARA MOLINA, DENNIS VITA, WILLIAM DAVIS, JR., THOMAS SZEP, MIKE WARPINSKI, WILLIAM MARTELL, JOHN GRAZIANO, JOSHUA BYRGE, RUDY SANCHEZ, CHRISTOPHER THACKER, KELLY HARRIS, JAMES ROBERTSON, and JONAS BEDNAREK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC,<br><br>Defendant. | Case No.: 16-cv-07244-EMC<br><br>**DECLARATION OF H. CLAY BARNETT, III, IN SUPPORT OF PLAINTIFFS' OPPOSITION TO GENERAL MOTORS LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON CLAIMS OF ACCELERATED   PLAINTIFFS** |

Case No. 16-cv-07244-EMC
DECLARATION OF H. CLAY BARNETT, III, IN SUPPORT OF PLAINTIFFS' OPPOSITION TO
GENERAL MOTORS LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT

I, H. Clay Barnett, III, hereby declare as follows:

1. I am a principal with the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. I have been admitted *pro hac vice* to represent Plaintiffs in the above-captioned matter. I make this declaration based on my personal knowledge of the facts contained herein and if called as a witness I could and would competently testify thereto.

2. I submit this Declaration in support of Plaintiffs' Opposition to General Motors LLC's Motion for Partial Summary Judgement on claims of Accelerated Plaintiffs.

3. Attached hereto as Exhibits are true and correct copies of the following documents:

| Exhibit No. | Description |
|---|---|
| 1 | Transcript of the May 23, 2019 Deposition of Thomas Halka |
| 2 | Transcript of the May 8, 2019 Deposition of Grant Tappen |
| 3 | Transcript of the May 30, 2019 Deposition of Steven Pfromm |
| 4 | Document produced by GM in this litigation with Bates No. GM-000128725 |
| 5 | Transcript of May 21, 2019 Deposition of Yoon Lee |
| 6 | Document produced by MAHLE in this litigation with Bates No. MAHLE-002261 |
| 7 | Transcript of the May 15, 2019 Deposition of Richard Ricchi |
| 8 | Transcript of the May 17, 2019 Deposition of Gary Cygan, Jr. |
| 9 | Transcript of the April 12, 2019 Deposition of Wai Nguyen |
| 10 | Transcript of the May 8, 2019 30(b)(6) Deposition of Grant Tappen |
| 11 | Document produced by GM in this litigation with Bates No. GM-000128867 |
| 12 | Amended Expert Report of Dr. Jeffrey K. Ball |
| 13 | Document produced by GM in this litigation with Bates No. GM-000577431 |
| 14 | Document produced by GM in this litigation with Bates No. GM-000579376 |
| 15 | GM's Responses to Plaintiffs' Second Set of Interrogatories |
| 16 | Document produced by GM in this litigation with Bates No. GM-000578690 |
| 17 | Document produced by GM in this litigation with Bates No. GM-000127816 |
| 18 | Document produced by GM in this litigation with Bates No. GM-000312645 |
| 19 | Document produced by GM in this litigation with Bates No. GM-000579013 |
| 20 | Transcript of the April 26, 2019 Deposition of Lisa Toth |
| 21 | Document produced by GM in this litigation with Bates No. GM-000571921 |
| 22 | Document produced by GM in this litigation with Bates No. GM-000128851 |
| 23 | Document produced by GM in this litigation with Bates No. GM-000579841 |
| 24 | Document produced by GM in this litigation with Bates No. GM-000571924 |
| 25 | Document produced by GM in this litigation with Bates No. GM-000571927 |
| 26 | Document produced by GM in this litigation with Bates No. GM-000571931 |
| 27 | Document produced by GM in this litigation with Bates No. GM-000200247 |
| 28 | Document produced by GM in this litigation with Bates No. GM-000226752 |
| 29 | Document produced by GM in this litigation with Bates No. GM-000571946 |

| 30 | Document produced by GM in this litigation with Bates No. GM-000571951 |
|---|---|
| 31 | Document produced by GM in this litigation with Bates No. GM-000571956 |
| 32 | Document produced by GM in this litigation with Bates No. GM-000277344 |
| 33 | Document produced by GM in this litigation with Bates No. GM-000571968 |
| 34 | Document produced by GM in this litigation with Bates No. GM-000571974 |
| 35 | Document produced by GM in this litigation with Bates No. GM-000571980 |
| 36 | Document produced by GM in this litigation with Bates No. GM-000200212 |
| 37 | Document produced by GM in this litigation with Bates No. GM-000118990 |
| 38 | Document produced by GM in this litigation with Bates No. GM-000576733 |
| 39 | Document produced by GM in this litigation with Bates No. GM-000236672 |
| 40 | Document produced by GM in this litigation with Bates No. GM-000579468 |
| 41 | Transcript of the October 11, 2019 Deposition of Dr. Jeffrey K. Ball |
| 42 | Supplemental Report of Dr. Jeffrey K. Ball |
| 43 | Document produced by GM in this litigation with Bates No. GM-000575234 |
| 44 | Document produced by GM in this litigation with Bates No. GM-000000001 |
| 45 | Document produced by GM in this litigation with Bates No. GM-000225240 |
| 46 | Document produced by GM in this litigation with Bates No. GM-000574550 |
| 47 | ALLDATA LLC Engine Oil Pressure Specifications |
| 48 | Plaintiff Siqueiros Response to GM's First Set of Interrogatories |
| 49 | Transcript of the May 21, 2019 Deposition of Raul Siqueiros |
| 50 | Cralley Plaintiffs Response to GM's First Set of Interrogatories |
| 51 | Transcript of the May 24, 2019 Deposition of Todd Alan Cralley |
| 52 | Plaintiff John Knoll Response to GM's First Set of Interrogatories |
| 53 | Transcript of the May 3, 2019 Deposition of John Knoll |
| 54 | Plaintiff Davis Response to GM's First Set of Interrogatories |
| 55 | Transcript of the May 29, 2019 Deposition of William Paul Davis, Jr. |
| 56 | Plaintiff Szep Response to GM's First Set of Interrogatories |
| 57 | Plaintiff Szep Response to GM's Second Set of Interrogatories |
| 58 | Plaintiff Sanchez Supplemental Response to GM's First Set of Interrogatories |
| 59 | Transcript of the May 7, 2019 Deposition of Rudy Sanchez |
| 60 | Document produced by MAHLE in this litigation with Bates No. MAHLE-001867 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 21, 2019                    Respectfully Submitted,

                                            */s/ H. Clay Barnett, III*
                                            H. Clay Barnett, III (*pro hac vice*)
                                            **BEASLEY, ALLEN, CROW,**
                                            **METHVIN, PORTIS & MILES, P.C.**
                                            218 Commerce Street
                                            Montgomery, Alabama 36104
                                            Telephone: 334-269-2343
                                            Clay.Barnett@Beasleyallen.com

-3-                                         Case No. 16-cv-07244-EMC

DECLARATION OF H. CLAY BARNETT, III, IN SUPPORT OF PLAINTIFFS' OPPOSITION TO
GENERAL MOTORS LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT

| | |
|---|---|
| 1 | |
| 2 | W. Daniel "Dee" Miles, III (*pro hac vice*) |
|   | J. Mitch Williams (*pro hac vice*) |
| 3 | **BEASLEY, ALLEN, CROW,** |
|   | **METHVIN, PORTIS & MILES, P.C.** |
| 4 | 218 Commerce Street |
|   | Montgomery, Alabama 36104 |
| 5 | Telephone: 334-269-2343 |
|   | Dee.Miles@Beasleyallen.com |
| 6 | Mitch.Williams@Beasleyallen.com |

*Counsel for Plaintiffs and the Proposed Classes*