# Exhibit 19

## Long Term Durability

**Importance:**

- Reliability / Durability is the most important factor in customer's vehicle purchase decision and major factor for brand loyalty.
- Despite GM's above average reliability performance, a top reason why customers avoid GM vehicles is "concerns about reliability".

### Most Important Factors in Choice of Vehicle[1]



| Factor | % | 2010 | 2011 | 2012 |
|---|---|---|---|---|
| Reliability/Durability | 63% | 1 | 1 | 1 |
| Interior comfort | 50% | 2 | 2 | 2 |
| (Quality of workmanship) | 50% | 2 | 3 | 4 |
| Exterior styling | 47% | 4 | 3 | 3 |
| Dealer was convenient/Liked dealer in my area | 42% | 5 | 5 | 6 |
| Gas mileage | 40% | 6 | 6 | 4 |
| Performance | 38% | 7 | 7 | 7 |
| Like the image this vehicle portrays | 35% | 8 | 8 | 8 |
| Safety | 34% | 9 | 10 | 10 |
| Advanced technology of the vehicle | 32% | 10 | 9 | 8 |
| (Manufacturer reputation) | 28% | 11 | 13 | 12 |
| AWD/4WD capability | 26% | 12 | 11 | 13 |
| Low price or payment/Ability to obtain financing | 26% | 12 | 12 | 11 |
| Passenger capacity | 26% | 12 | 13 | 14 |
| High resale value | 23% | 15 | 16 | 16 |
| Cargo capacity | 21% | 16 | 15 | 15 |
| The "deal" | 19% | 17 | 16 | 17 |
| Better warranty | 12% | 18 | 18 | 18 |
| Environmental impact | 10% | 19 | 19 | 19 |
| Other | 1% | 20 | 20 | 20 |

% Most Important Factors [2010 Model Year]

[1] Multiple responses allowed.
Sources: 2010 - 2012 J.D. Power and Associates Initial Quality Studies.

CONFIDENTIAL        PRODUCED BY GM IN MONTEVILLE SLOAN, JR. V GM LLC        GM-000579013