UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

16-cv-07244-EMC  SIQUEIROS v. GENERAL MOTORS, LLC

# TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFFS' ATTORNEY: | DEFENSE ATTORNEYS: |
|---|---|---|
| Edward M. Chen | Clay Barnett, John Tangren, Adam Levitt, Daniel Ferri, Rebecca Gilliland, Christopher Stombaugh, Mark Abramowitz, Mitch Williams, Dylan Martin | April Ross, Renee Smith, Richard Godfrey, Rachel Raphael, Charlie Kazemzadeh, Caitlyn Cheleden |
| TRIAL DATE: | REPORTERS: | CLERK: |
| September 20, 2022 | Ruth Ekhaus/ Ana Dub | Vicky Ayala |

| PLF NO. | DEF NO | TIME OFFERED | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:13 a.m. | | | Court in session. Housekeeping matters discussed outside the presence of the jury. The Court had issued written rulings on GM's objections to Plaintiffs' deposition designations. *See* Docket No. 535. The Court overruled Plaintiffs' objections to GM's counter-designations for Dr. Ball. *Id.* The Court then orally ruled on GM's objections to Plaintiffs' exhibits slated for September 20, 2022. Docket No. 528. The Court's oral evidentiary rulings were subsequently memorialized in a written order. *See* Docket No. 539. The Court then heard oral argument on the admissibility of Trial Exhibit 553. The Court ruled that Trial Exhibit 553 could be used as a demonstrative and shown to the jury but could not be admitted into evidence. The Court further ruled that Exhibit 553 should be modified to remove the parenthetical (Oil Consumption) in the title. |
| | | 8:34 a.m. | | | Jury present. |
| | | 8:35 a.m. | | | Witness, **Dr. Werner Dahm,** returns to the stand from the preceding day. Witness previously sworn for testimony. Cross-examination of witness by Renee Smith resumes. |
| | TX504 | | X | X | NHTSA - Motor Vehicle Safety Defects and Recalls. |
| | | 8:54 a.m. | | | Re-direct of witness by Clay Barnett. |
| | | 8:58 a.m. | | | Witness thanked and excused. |
| | | 9:00 a.m. | | | Witness, **Grant Tappen**, approaches the witness stand and sworn for testimony. Direct examination of witness by Christopher Stambaugh. |
| 148 | | | X | X | Instant Messages. |
| | | 9:41 a.m. | | | Cross-examination of witness by April Ross. |
| | TX132 | | X | X | Executive Report 5.3 LC9 – Oil Consumption. |
| | | 10:03 a.m. | | | Jury excused for break. |
| | | 10:04 a.m. | | | Court in recess |
| | | 10:24 a.m. | | | Court reconvened. |

|   |       | 10:29 a.m. |   |   | Jury present. |
|---|-------|------------|---|---|---------------|
|   |       | 10:30 a.m. |   |   | Cross-examination of witness by April Ross resumes. |
|   | TX542 |            | X | X | 2011 Gen 4 V8 – LH Rocket Cover PCV Deflector Design Change. |
|   | TX131 |            | X | X | Gen IV Rocker Cover PCV Development. |
|   |       | 11:23 a.m. |   |   | Re-direct of witness by Christopher Stombaugh. |
|   |       | 11:47 a.m. |   |   | Re-cross examination of witness by April Ross. |
|   |       | 11:58 a.m. |   |   | Witness thanked and excused. |
|   |       | 11:59 a.m. |   |   | Jury excused for break. |
|   |       | 12:00 p.m. |   |   | Court in recess. |
|   |       | 12:22 p.m. |   |   | Court reconvened. |
|   |       | 12:28 p.m. |   |   | Jury present. |
|   |       | 12:29 p.m. |   |   | Witness, **Thomas Halka**, approaches the witness stand and sworn for testimony. Direct examination of witness by Clay Barnett. |
| 202 |     |            | X | X | Email Chain dated July 16, 2014, Re: Gen IV 4.8L/ 5.3L Ring Pack – FM Supply for Silao. |
| 216 |     |            | X | X | Email dated October 11, 2013, Re: Gen IV LC9 Oil Consumption |
| 207 |     |            | X | X | Email Chain dated March 9, 2015, Re: Field-Fix only piston kits on Gen IV |
| 209 |     |            | X | X | Technical Service Bulletin #10-06-01-008M. |
|   |       | 1:34 p.m.  |   |   | Jury admonished and excused for the day. |
|   |       | 1:35 p.m.  |   |   | Witness thanked and excused for the day. Housekeeping matters discussed outside the presence of the jury. The parties informed the Court that there were no issues that needed to be addressed at this time. The Court indicated that it would review and rule on GM's objections to the evidence slated for September 21, 2022. The Court instructed the parties to gather at 8:00am tomorrow so that the Court and parties could discuss any issues at that time. |
|   |       | 1:38 p.m.  |   |   | Court adjourned. |