Jennie Lee Anderson (SBN 203586)
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, California 94104
Telephone: (415) 986-1400
jennie@andrusanderson.com

Adam J. Levitt (*pro hac vice*)
**DICELLO LEVITT LLC**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
alevitt@dicellolevitt.com

W. Daniel "Dee" Miles, III (*pro hac vice*)
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
272 Commerce Street
Montgomery, Alabama 36104
Telephone: (334) 269-2343
Dee.Miles@beasleyallen.com

Attorneys for Plaintiffs and the Certified Classes
(*additional counsel appear on signature page*)

Warrington S. Parker, III (SBN 148003)
**CROWELL & MORING LLP**
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
wparker@crowell.com

Kathleen Taylor Sooy (*pro hac vice*)
April N. Ross (*pro hac vice*)
Rachel P. Raphael (*pro hac vice*)
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
ksooy@crowell.com
aross@crowell.com
rraphael@crowell.com

Richard C. Godfrey, (*pro hac vice*)
Renee D. Smith (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2310
richard.godfrey@kirkland.com
renee.smith@kirkland.com

Attorneys for General Motors LLC
(*additional counsel appear on signature page*)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

RAUL SIQUEIROS, *et al.*,

Plaintiffs,

v.

GENERAL MOTORS LLC,

Defendant.

Case No.: 16-cv-07244-EMC

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CLASS NOTICE**

Judge: Hon. Edward M. Chen

WHEREAS, on March 28, 2022, the Court granted Plaintiffs' Unopposed Motion for Order Approving Class Notice to the certified California, Idaho, and North Carolina classes (ECF No. 399);

WHEREAS, the notice plan included a website dedicated to this action, which provides a brief statement as to the status of the action (ECF No. 396);

WHEREAS, that website is available at www.gmenginelitigation.com;

WHEREAS, the Court presided over a jury trial in this action from September 19, 2022 through October 3, 2022;

WHEREAS, the jury returned a verdict on October 4, 2022;

WHEREAS, the Court held a status conference on October 13, 2022, at which time Plaintiffs requested permission to update the class notice website so that it may inform class members of the jury verdict and the current status of the proceedings;

WHEREAS, the Court directed the parties to meet and confer on an update to the class notice website;

WHEREAS, the Parties have conferred and agree that, subject to the approval of the Court, the website may be updated to remove a sentence stating that "no judgment or settlement has occurred at this time," and to include the following paragraph, which would include a link to a copy of the jury verdict:

> On October 4, 2022, a jury returned a verdict in favor of the Plaintiffs on the certified claims for the three classes. No final judgment has been entered, and no money is available to class members at this time. General Motors has filed post-trial motions contesting the verdict and intends to appeal if the Court denies GM's post-trial motions and enters judgment. A copy of the Jury Verdict is available here. Please continue to check this website for updates.

**ACCORDINGLY, IT IS STIPULATED AND AGREED** by the parties, through their counsel of record, subject to the approval of the Court, that the class notice website be amended as stated above.

///

///

///

///

///

///

Dated: November 1, 2022

/s/ April N. Ross
Kathleen Taylor Sooy (*pro hac vice*)
April N. Ross (*pro hac vice*)
Rachel P. Raphael (*pro hac vice*)
Charlie Kazemzadeh (*pro hac vice*)
**CROWELL & MORING LLP**
ksooy@crowell.com
aross@crowell.com
rraphael@crowell.com
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone: (202) 624-2500
Fax: (202) 628-5116

Warrington S. Parker, III (SBN 148003)
wparker@crowell.com
**CROWELL & MORING LLP**
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Phone: (415) 986-2800
Fax: (415) 986-2827

Richard C. Godfrey, P.C. (*pro hac vice*)
Renee D. Smith (*pro hac vice*)
Caitlyn Cheleden (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
richard.godfrey@kirkland.com
renee.smith@kirkland.com
300 North LaSalle
Chicago, IL 60654
Phone: (312) 862-2310

***Counsel for General Motors LLC***

/s/ John E. Tangren
Adam J. Levitt (*pro hac vice*)
John E. Tangren (*pro hac vice*)
Daniel R. Ferri (*pro hac vice*)
**DICELLO LEVITT LLC**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: 312-214-7900
alevitt@dicellolevitt.com
jtangren@dicellolevitt.com
dferri@dicellolevitt.com

W. Daniel "Dee" Miles, III (*pro hac vice*)
H. Clay Barnett, III (*pro hac vice*)
J. Mitch Williams (*pro hac vice*)
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
272 Commerce Street
Montgomery, Alabama 36104
Telephone: 334-269-2343
Dee.Miles@Beasleyallen.com
Clay.Barnett@BeasleyAllen.com
Mitch.Williams@beasleyallen.com

Jennie Lee Anderson (SBN 203586)
Lori E. Andrus (SBN 205816)
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, California 94104
Telephone: 415-986-1400
jennie@andrusanderson.com
lori@andrusanderson.com

***Counsel for Plaintiffs and the Certified Classes***

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this ___ day of _________, 2022

_______________________________
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

**ECF CERTIFICATION**

Pursuant to Civil L.R. 5-1(i)(3), the filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to the document.

Date: November 1, 2022

*By: /s/ Jennie Lee Anderson*