UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL DEL VALLE, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GENERAL MOTORS LLC,<br><br>　　　　　Defendants. | Case No.  16-cv-07244-EMC   (EMC)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR AUTHORIZATION OF RELEASE OF CLASS IDENTIFICATION INFORMATION AS MODIFIED**<br><br>Docket Nos. 656, 661 |

　　　　Having considered Plaintiffs' Motion for Authorization of Release of Class Identification Information (Docket No. 656), and Plaintiffs' Supplemental Brief in Support of Stipulation Regarding the Release of Class Member Vehicle Registration Data (Docket No. 661), and for good cause shown, **IT IS HEREBY ORDERED** that the Motion is **GRANTED** as modified herein.

　　　　Consistent with the Court's powers to manage class notice under Federal Rule 23,[1] it is hereby ordered that: (1) the Class Administrator (Postlethwaite & Netterville, APAC) is authorized to obtain from the California Department of Motor Vehicles the names and addresses of owners of the California Class Vehicles for the purposes of disseminating payment to Class members, in accordance with California Vehicle Code §§ 1810 and 1810.2;[2] and (2) the Parties are

---

[1] Fed. R. Civ. P. 23(d)(1)(B) provides that a district court may issue orders that "require—to protect class members and fairly conduct the action—giving appropriate notice to some or all class members of . . . any step in the action." Fed R. Civ. P. 23(d)(1)(E) provides that a court may also issue orders that "deal with similar procedural matters."

[2] California Vehicle Code provides for the DMV's release of vehicle registration data, but contemplates the DMV receiving an assurance as to the reason the information is being requested. See Cal. Veh. Code § 1810 ("With respect to the inspection of information concerning the registration of a vehicle or of information from the files of drivers' licenses, the department

authorized to obtain complete registration data for the Class Vehicles, including names and mailing addresses of Class members, from Polk Automotive Solutions.

**IT IS SO ORDERED**.

Dated: March 27, 2024

_____
EDWARD M. CHEN
United States District Judge

---

shall establish, by regulation, administrative procedures under which a person making a request for that information shall be required to identify themselves and state the reason for making the request.") emphasis added); Cal. Veh. Code § 1810.2 ("Commercial requester account applications shall include the requester's name, address, type of business, a specific reason for requesting information, and the name of the person responsible for the business or firm.")

2