| | |
|---|---|
| Jennie Lee Anderson (SBN 203586) | April N. Ross (*pro hac vice*) |
| Lori E. Andrus (SBN 205816) | Rachel P. Raphael (*pro hac vice*) |
| **ANDRUS ANDERSON LLP** | **MORGAN, LEWIS & BOCKIUS LLP** |
| 155 Montgomery Street, Suite 900 | 1111 Pennsylvania Avenue, N.W. |
| San Francisco, California 94104 | Washington, D.C. 20004 |
| Telephone: 415-986-1400 | Telephone: (202) 739-3000 |
| jennie@andrusanderson.com | april.ross@morganlewis.com |
| lori@andrusanderson.com | rachel.raphael@morganlewis.com |
| Adam J. Levitt (*pro hac vice*) | Mark A. Feller (SBN 319789) |
| **DICELLO LEVITT LLP** | **MORGAN, LEWIS & BOCKIUS LLP** |
| Ten North Dearborn Street, Sixth Floor | One Market |
| Chicago, Illinois 60602 | Spear Street Tower |
| Telephone: 312-214-7900 | San Francisco, CA 94105 |
| alevitt@dicellolevitt.com | Telephone: (415) 442-1000 |
| | mark.feller@morganlewis.com |
| W. Daniel "Dee" Miles, III (*pro hac vice*) | |
| **BEASLEY, ALLEN, CROW,** | Renee D. Smith (*pro hac vice*) |
| **METHVIN, PORTIS & MILES, P.C.** | **KIRKLAND & ELLIS LLP** |
| 272 Commerce Street | 333 W. Wolf Point Plaza |
| Montgomery, Alabama 36104 | Chicago, IL 60654 |
| Telephone: 334-269-2343 | Telephone: (312) 862-2310 |
| dee.miles@beasleyallen.com | renee.smith@kirkland.com |
| *Class Counsel* | Richard C. Godfrey (*pro hac vice*) |
| *(additional counsel appear on signature page)* | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| | 191 N. Wacker Drive Suite 2700 |
| | Chicago, IL 60606 |
| | Telephone: (312) 705-7400 |
| | richardgodfrey@quinnemanuel.com |
| | *Attorneys for General Motors LLC* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RAUL SIQUEIROS, et al., | Case No.: 16-cv-07244-EMC |
| Plaintiffs, | **STIPULATION AND JOINT MOTION TO HOLD MOTIONS IN ABEYANCE WITH [PROPOSED] ORDER** |
| v. | |
| GENERAL MOTORS LLC, | Hon. Edward M. Chen |
| Defendant. | |

Plaintiffs Joshua Byrge, Jill Cralley, Todd Cralley, William Davis, Jr., Gabriel Del Valle, Carlos Gamez, Larry Goodwin, John Graziano, Rudy Sanchez, Scott Smith, and Garet Tarvin (the "Plaintiffs") and General Motors LLC ("GM") (collectively, the "Parties"), hereby stipulate and jointly move this Court for an order holding pending motions in abeyance for ninety (90) days, with one exception.

WHEREAS, on February 9, 2024, Plaintiffs filed their Motion for Final Judgment, Prejudgment Interest, Statutory Attorneys' Fees, and Costs (ECF No. 654) and their Motion for Common Fund Attorneys' Fees and Costs, and Class Representative Service Awards (ECF No. 655) ("Fee Motions") following a jury trial of the certified class claims in September and October 2022.

WHEREAS, on September 18, 2024, the Court held a hearing on Plaintiffs' Fee Motions, and instructed plaintiffs to provide a more precise estimate of the number of North Carolina class members by November 20, 2024.

WHEREAS, on October 2, 2024, Plaintiffs Tarvin, Del Valle, and Davis informed the Court of their consent to dismissal of their individual claims under Fed. R. Civ. P. 41(a)(1)(A)(ii) (ECF No. 703).

WHEREAS, on November 20, 2024, Plaintiffs filed a Motion for Authorization of Text Messaging to Potential Class Members, requesting the Court allow the Class Administrator to contact, via text messaging, potential North Carolina Class members whose membership has not yet been verified (ECF No. 704). Plaintiffs' efforts to contact potential members of the North Carolina Class are ongoing.

WHEREAS, GM does not oppose Plaintiffs' Motion for Authorization of Text Messaging to Potential Class Members, and the Parties submit that the motion may be decided without oral argument.

WHEREAS, as of December 3, 2024, Plaintiffs' Fee Motions and Plaintiffs' Motion for Authorization of Text Messaging to Potential North Carolina Class Members remain pending.

WHEREAS, the Parties have agreed to explore potential resolution of this action and seek to preserve the status quo during those discussions and thus respectfully ask the Court to hold

Plaintiffs' Fee Motions (ECF Nos. 654 and 655) in abeyance for ninety (90) days.

WHEREAS, the Parties agree that Plaintiffs' efforts to identify and quantify members of the North Carolina class should continue.

IT IS HEREBY STIPULATED that, subject to this Court's approval, Plaintiffs Fee Motions (ECF Nos. 654 and 655) will be held in abeyance for ninety (90) days, up to and including March 3, 2025, during which time the Court will proceed with ruling on Plaintiffs' unopposed Motion for Authorization of Text Messaging to Potential Class Members (ECF No. 704).

DATED: December 3, 2024

/s/ Adam J. Levitt
Adam J. Levitt (*pro hac vice*)
John E. Tangren (*pro hac vice*)
Daniel R. Ferri (*pro hac vice*)
Blake Stubbs (*pro hac vice*)
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: 312-214-7900
alevitt@dicellolevitt.com
jtangren@dicellolevitt.com
dferri@dicellolevitt.com
bstubbs@dicellolevitt.com

Mark Abramowitz (*pro hac vice*)
**DICELLO LEVITT LLP**
7556 Mentor Avenue
Mentor, Ohio 44060
Telephone: 440-953-8888
mabramowitz@dicellolevitt.com

W. Daniel "Dee" Miles, III (*pro hac vice*)
H. Clay Barnett, III (*pro hac vice*)
J. Mitch Williams (*pro hac vice*)
Rebecca D. Gilliland (*pro hac vice*)
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
272 Commerce Street
Montgomery, Alabama 36104
Telephone: 334-269-2343
Dee.Miles@beasleyallen.com
Clay.Barnett@beasleyallen.com
Mitch.Williams@beasleyallen.com
Rebecca.Gilliland@beasleyallen.com

Respectfully submitted,

/s/ April N. Ross
April N. Ross (*pro hac vice*)
Rachel P. Raphael (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone: (202) 739-3000
april.ross@morganlewis.com
rachel.raphael@morganlewis.com

**MORGAN, LEWIS & BOCKIUS LLP**
Mark A. Feller (SBN 319789)
One Market
Spear Street Tower
San Francisco, CA 94105
Phone: (415) 442-1000
mark.feller@morganlewis.com

**KIRKLAND & ELLIS LLP**
Renee D. Smith (*pro hac vice*)
333 W. Wolf Point Plaza
Chicago, IL 60654
Phone: (312) 862-2310
renee.smith@kirkland.com

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Richard C. Godfrey (*pro hac vice*)
191 N. Wacker Drive Suite 2700
Chicago, IL 60606
Phone: (312) 705-7400
richardgodfrey@quinnemanuel.com

*Attorneys for General Motors LLC*

*Class Counsel*

Jennie Lee Anderson (SBN 203586)
Lori E. Andrus (SBN 205816)
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, California 94104
Telephone: 415-986-1400
jennie@andrusanderson.com
lori@andrusanderson.com

Anthony J. Garcia (pro hac vice)
**AG LAW P.A.**
3602 West Euclid Avenue
Tampa, Florida 33629
Telephone: 813-259-9555
anthony@aglawinc.com

*Additional Counsel for Plaintiffs and the Classes*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this  5   day of  December , 2024

_____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE