| | |
|---|---|
| Jennie Lee Anderson (SBN 203586) | April N. Ross (*pro hac vice*) |
| Lori E. Andrus (SBN 205816) | Rachel P. Raphael (*pro hac vice*) |
| **ANDRUS ANDERSON LLP** | **MORGAN, LEWIS & BOCKIUS LLP** |
| 155 Montgomery Street, Suite 900 | 1111 Pennsylvania Avenue, N.W. |
| San Francisco, California 94104 | Washington, D.C. 20004 |
| Telephone: 415-986-1400 | Telephone: (202) 739-3000 |
| jennie@andrusanderson.com | april.ross@morganlewis.com |
| lori@andrusanderson.com | rachel.raphael@morganlewis.com |
| | |
| Adam J. Levitt (*pro hac vice*) | Mark A. Feller (SBN 319789) |
| **DICELLO LEVITT LLP** | **MORGAN, LEWIS & BOCKIUS LLP** |
| Ten North Dearborn Street, Sixth Floor | One Market |
| Chicago, Illinois 60602 | Spear Street Tower |
| Telephone: 312-214-7900 | San Francisco, CA 94105 |
| alevitt@dicellolevitt.com | Telephone: (415) 442-1000 |
| | mark.feller@morganlewis.com |
| W. Daniel "Dee" Miles, III (*pro hac vice*) | |
| **BEASLEY, ALLEN, CROW,** | Renee D. Smith (*pro hac vice*) |
| **METHVIN, PORTIS & MILES, P.C.** | **KIRKLAND & ELLIS LLP** |
| 272 Commerce Street | 333 W. Wolf Point Plaza |
| Montgomery, Alabama 36104 | Chicago, IL 60654 |
| Telephone: 334-269-2343 | Telephone: (312) 862-2310 |
| dee.miles@beasleyallen.com | renee.smith@kirkland.com |
| | |
| *Class Counsel* | Richard C. Godfrey (*pro hac vice*) |
| *(additional counsel appear on signature page)* | **QUINN EMANUEL URQUHART &** |
| | **SULLIVAN, LLP** |
| | 191 N. Wacker Drive Suite 2700 |
| | Chicago, IL 60606 |
| | Telephone: (312) 705-7400 |
| | richardgodfrey@quinnemanuel.com |
| | |
| | *Attorneys for General Motors LLC* |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| RAUL SIQUEIROS, et al., | Case No.: 16-cv-07244-EMC |
| Plaintiffs, | **STIPULATION AND JOINT MOTION TO CONTINUE TO HOLD MOTIONS IN ABEYANCE** |
| v. | |
| GENERAL MOTORS LLC, | Hon. Edward M. Chen |
| Defendant. | |

Plaintiffs Joshua Byrge, Jill Cralley, Todd Cralley, William Davis, Jr., Gabriel Del Valle, Carlos Gamez, Larry Goodwin, John Graziano, Rudy Sanchez, Scott Smith, and Garet Tarvin (the "Plaintiffs") and General Motors LLC ("GM") (collectively, the "Parties"), hereby stipulate and jointly move this Court for an order continuing to hold pending motions in abeyance for ninety (90) days.

WHEREAS, on February 9, 2024, Plaintiffs filed their Motion for Final Judgment, Prejudgment Interest, Statutory Attorneys' Fees, and Costs (ECF No. 654) and their Motion for Common Fund Attorneys' Fees and Costs, and Class Representative Service Awards (ECF No. 655) ("Fee Motions") following a jury trial of the certified class claims in September and October 2022.

WHEREAS, on September 18, 2024, the Court held a hearing on Plaintiffs' Fee Motions, and instructed plaintiffs to provide a more precise estimate of the number of North Carolina class members by November 20, 2024.

WHEREAS, on October 2, 2024, Plaintiffs Tarvin, Del Valle, and Davis informed the Court of their consent to dismissal of their individual claims under Fed. R. Civ. P. 41(a)(1)(A)(ii) (ECF No. 703).

WHEREAS, on November 20, 2024, Plaintiffs filed a Motion for Authorization of Text Messaging to Potential Class Members, requesting the Court allow the Class Administrator to contact, via text messaging, potential North Carolina Class members whose membership has not yet been verified (ECF No. 704).

WHEREAS, on December 3, 2024, to preserve the status quo, the Parties filed a joint stipulation and joint motion to hold motions in abeyance while they explored potential resolution to this action (ECF No. 706.)

WHEREAS, on December 5, 2024, the Court granted that motion (ECF No. 707).

WHEREAS, the Parties have made substantial progress towards final resolution of this action.

IT IS HEREBY STIPULATED that, subject to this Court's approval, all pending motions will continue to be held in abeyance for an additional ninety (90) days, up to and including June 1,

2025.

DATED: March 3, 2025                                    Respectfully submitted,

/s/Adam J. Levitt                                       /s/April N. Ross
Adam J. Levitt (*pro hac vice*)                         April N. Ross (*pro hac vice*)
John E. Tangren (*pro hac vice*)                        Rachel P. Raphael (*pro hac vice*)
Daniel R. Ferri (*pro hac vice*)                        **MORGAN, LEWIS & BOCKIUS LLP**
Blake Stubbs (*pro hac vice*)                           1111 Pennsylvania Avenue, N.W.
**DICELLO LEVITT LLP**                                  Washington, D.C. 20004
Ten North Dearborn Street, Sixth Floor                  Phone: (202) 739-3000
Chicago, Illinois 60602                                 april.ross@morganlewis.com
Telephone: 312-214-7900                                 rachel.raphael@morganlewis.com
alevitt@dicellolevitt.com
jtangren@dicellolevitt.com                              **MORGAN, LEWIS & BOCKIUS LLP**
dferri@dicellolevitt.com                                Mark A. Feller (SBN 319789)
bstubbs@dicellolevitt.com                               One Market
                                                        Spear Street Tower
Mark Abramowitz (*pro hac vice*)                        San Francisco, CA 94105
**DICELLO LEVITT LLP**                                  Phone: (415) 442-1000
7556 Mentor Avenue                                      mark.feller@morganlewis.com
Mentor, Ohio 44060
Telephone: 440-953-8888                                 **KIRKLAND & ELLIS LLP**
mabramowitz@dicellolevitt.com                           Renee D. Smith (*pro hac vice*)
                                                        333 W. Wolf Point Plaza
W. Daniel "Dee" Miles, III (*pro hac vice*)             Chicago, IL 60654
H. Clay Barnett, III (*pro hac vice*)                   Phone: (312) 862-2310
J. Mitch Williams (*pro hac vice*)                      renee.smith@kirkland.com
Rebecca D. Gilliland (*pro hac vice*)
**BEASLEY, ALLEN, CROW,**                               **QUINN EMANUEL URQUHART &**
**METHVIN, PORTIS & MILES, P.C.**                       **SULLIVAN, LLP**
272 Commerce Street                                     Richard C. Godfrey (*pro hac vice*)
Montgomery, Alabama 36104                               191 N. Wacker Drive Suite 2700
Telephone: 334-269-2343                                 Chicago, IL 60606
Dee.Miles@beasleyallen.com                              Phone: (312) 705-7400
Clay.Barnett@beasleyallen.com                           richardgodfrey@quinnemanuel.com
Mitch.Williams@beasleyallen.com
Rebecca.Gilliland@beasleyallen.com                      *Attorneys for General Motors LLC*

*Class Counsel*

Jennie Lee Anderson (SBN 203586)
Lori E. Andrus (SBN 205816)
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, California 94104
Telephone: 415-986-1400

STIPULATION AND JOINT MOTION TO                2                Case No. 16-cv-07244-EMC
HOLD MOTIONS IN ABEYANCE

1  jennie@andrusanderson.com
2  lori@andrusanderson.com

3  Anthony J. Garcia (pro hac vice)
   **AG LAW P.A.**
4  3602 West Euclid Avenue
   Tampa, Florida 33629
5  Telephone: 813-259-9555
   anthony@aglawinc.com
6
   *Additional Counsel for Plaintiffs and the*
7  *Classes*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this ____ day of _____, 2025

_____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE