| | |
|---|---|
| Jennie Lee Anderson (SBN 203586) <br> Lori E. Andrus (SBN 205816) <br> **ANDRUS ANDERSON LLP** <br> 155 Montgomery Street, Suite 900 <br> San Francisco, California 94104 <br> Telephone: (415) 986-1400 <br> jennie@andrusanderson.com <br> lori@andrusanderson.com <br><br> Adam J. Levitt (*pro hac vice*) <br> **DICELLO LEVITT GUTZLER LLC** <br> Ten North Dearborn Street, Sixth Floor <br> Chicago, Illinois 60602 <br> Telephone: (312) 214-7900 <br> alevitt@dicellolevitt.com <br><br> H. Clay Barnett, III (*pro hac vice*) <br> **BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.** <br> 272 Commerce Street <br> Montgomery, Alabama 36104 <br> Telephone: (334) 269-2343 <br> clay.barnett@beasleyallen.com <br><br> *Counsel for Plaintiffs* <br> (*additional counsel appear on signature page*) | April N. Ross (*pro hac vice*) <br> Rachel P. Raphael (pro hac vice) <br> **MORGAN, LEWIS & BOCKIUS LLP** <br> 1111 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20004 <br> Telephone: (202) 739-3000 <br> april.ross@morganlewis.com <br> rachel.raphael@morganlewis.com <br><br> Mark A. Feller (SBN 319789) <br> **MORGAN, LEWIS & BOCKIUS LLP** <br> One Market Spear Street Tower <br> San Francisco, CA 94105 <br> Telephone: (415) 442-1000 <br> mark.feller@morganlewis.com <br><br> Renee D. Smith (*pro hac vice*) <br> **KIRKLAND & ELLIS LLP** <br> 333 W. Wolf Point Plaza <br> Chicago, IL 60654 <br> Telephone: (312) 862-2310 <br> renee.smith@kirkland.com <br><br> Richard C. Godfrey (*pro hac vice*) <br> **QUINN EMANUEL URQUHART & SULLIVAN, LLP** <br> 191 N. Wacker Drive Suite 2700 <br> Chicago, IL 60606 <br> Telephone: (312) 705-7400 <br> richardgodfrey@quinnemanuel.com <br><br> *Counsel for General Motors LLC* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RAUL SIQUEIROS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GENERAL MOTORS LLC, <br><br> Defendant. | Case No.: 16-cv-07244-EMC <br><br> **NOTICE OF STIPULATED DISMISSAL FOR PLAINTIFFS JOSHUA BYRGE, TODD AND JILLL CRALEY, RUDY SANCHEZ, RAUL SIQUEIROS, AND SCOTT SMITH** <br><br> Hon. Edward J. Chen |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Joshua Byrge, Todd Cralley, Rudy Sanchez, Raul Siqueiros, and Scott Smith, and Defendant General Motors LLC stipulate to the dismissal with prejudice of the claims Plaintiffs Joshua Byrge, Todd and Jill Cralley, Rudy Sanchez, Raul Siqueiros, and Scott Smith assert in this action.

| | |
|---|---|
| Dated: May 2, 2025 | Respectfully Submitted, |
| */s/ Adam J. Levitt* | */s/ April N. Ross* |
| Adam J. Levitt (*pro hac vice*) <br> John E. Tangren (*pro hac vice*) <br> Daniel R. Ferri (*pro hac vice*) <br> **DICELLO LEVITT LLP** <br> Ten North Dearborn Street, Sixth Floor <br> Chicago, Illinois 60602 <br> Telephone: (312) 214-7900 <br> alevitt@dicellolevitt.com <br> jtangren@dicellolevitt.com <br> dferri@dicellolevitt.com | April N. Ross (*pro hac vice*) <br> Rachel P. Raphael (*pro hac vice*) <br> **MORGAN, LEWIS & BOCKIUS LLP** <br> 1111 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20004 <br> Telephone: (202) 739-3000 <br> april.ross@morganlewis.com <br> rachel.raphael@morganlewis.com |
| Mark Abramowitz (*pro hac vice*) <br> **DICELLO LEVITT LLP** <br> 7556 Mentor Avenue <br> Mentor, Ohio 44060 <br> Telephone: (440) 953-8888 <br> mabramowitz@dicellolevitt.com | Mark A. Feller (SBN 319789) <br> **MORGAN, LEWIS & BOCKIUS LLP** <br> One Market Spear Street Tower <br> San Francisco, CA 94105 <br> Telephone: (415) 442-1000 <br> mark.feller@morganlewis.com |
| W. Daniel "Dee" Miles, III (*pro hac vice*) <br> H. Clay Barnett, III (*pro hac vice*) <br> J. Mitch Williams (*pro hac vice*) <br> Rebecca D. Gilliland (*pro hac vice*) <br> Dylan T. Martin (*pro hac vice*) <br> **BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.** <br> 272 Commerce Street <br> Montgomery, Alabama 36104 <br> Telephone: (334) 269-2343 <br> Dee.Miles@beasleyallen.com <br> Clay.Barnett@beasleyallen.com <br> Mitch.Williams@beasleyallen.com <br> Rebecca.Gilliland@beasleyallen.com <br> Dylan.Martin@beasleyallen.com | Renee D. Smith (*pro hac vice*) <br> **KIRKLAND & ELLIS LLP** <br> 333 W. Wolf Point Plaza <br> Chicago, IL 60654 <br> Telephone: (312) 862-2310 <br> renee.smith@kirkland.com <br><br> Richard C. Godfrey (*pro hac vice*) <br> **QUINN EMANUEL URQUHART & SULLIVAN, LLP** <br> 191 N. Wacker Drive Suite 2700 <br> Chicago, IL 60606 <br> Telephone: (312) 705-7400 <br> richardgodfrey@quinnemanuel.com <br><br> *Counsel for General Motors LLC* |
| Jennie Lee Anderson (SBN 203586) <br> Lori E. Andrus (SBN 205816) <br> **ANDRUS ANDERSON LLP** <br> 155 Montgomery Street, Suite 900 <br> San Francisco, California 94104 <br> Telephone: (415) 986-1400 <br> jennie@andrusanderson.com <br> lori@andrusanderson.com | |
| Anthony J. Garcia (*pro hac vice*) <br> **AG LAW P.A.** | |

3602 West Euclid Avenue
Tampa, Florida 33629
Telephone: (813) 259-9555
anthony@aglawinc.com

*Counsel for Plaintiffs*