`OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
**Northern District of California**

**CIVIL MINUTES**

**Date:** April 21, 2026     **Time:** 2:26- 2:33     **Judge:** EDWARD M. CHEN
7 Minutes

**Case No.** 16-cv-07244-EMC     **Case Name:** Siqueiros v. General Motors LLC

**Attorneys for Plaintiffs:** John Tangren, Clay Barnett, Dylan Martin
**Attorney for Defendant:** April Ross

**Deputy Clerk:** Vicky Ayala     **Court Reporter:** Andrea Bluedorn

**PROCEEDINGS HELD VIA ZOOM WEBINAR**

Status Conference.

**SUMMARY**

Parties stated appearances.

At the time of the report, 16.3% of checks remain uncashed, though deadline has passed for checks to remain valid. Plaintiff will conduct first outreach effort to reissue checks through email, regular mail, and text by 5/9/26. Reissued checks will be valid for 90 days, and Plaintiff will contact class members to ensure checks have been received. Plaintiff stated that the website is still available.

Court requests Plaintiff to use social media or ask administrator for low-cost efforts to notify class members.

Court orders parties to provide update in 60 days regarding renotification efforts, including which class members responded and received checks.

**CASE CONTINUED TO: 8/11/2026, at 2:30 PM for a Status Conference via Zoom.  Joint status report due by 8/4/2026.**